IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE MCDONNEL GROUP, LLC<br><br>    Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY<br><br>    Defendants. | Case No. 2:18-cv-01380-JTM-JCW<br><br>Section: H    Division: 2<br><br>Judge: Jane Triche Milazzo<br><br>Magistrate Judge: Joseph C. Wilkinson |

### MOTION TO ENFORCE SUBPOENA *DUCES TECUM*

**COME NOW,** Defendants Starr Surplus Lines Insurance Company ("Starr") and Lexington Insurance Company ("Lexington") (collectively "Defendants") and file this Motion to Enforce Subpoena *Duces Tecum* as follows:

1.    Defendants served a subpoena *duces tecum* upon J. Caldarera & Co., Inc.[1] on June 11, 2018. *See* Ex. A, Caldarera SDT. Caldarera was supposed to comply with the subpoena by June 20, 2018, but he did not.

2.    After time expired to comply with the subpoena, and when counsel for Defendants attempted to follow up with Caldarera regarding responding to the subpoena, McDonnel's counsel informed Defendants' counsel that McDonnel intended to designate Caldarera as an expert witness in this matter, and McDonnel's counsel agreed to produce Caldarera's "entire file, including but not limited to the subpoenaed documents" on October 20, 2018[.]" Ex. B, at Sept. 4-7 Emails.

---

[1] Joe Caldarera ("Caldarera") is the President of J. Caldarera & Co., Inc.

3.  McDonnel produced certain Caldarera file materials on October 24, 2018 and November 1, 2018. However, Caldarera has failed to produce all documents sought in the subpoena *duces tecum*.

4.  To date, Caldarera has not objected to the subpoena or filed a motion to quash or modify it. Therefore, he has waived any objections that he could have asserted in regards to the subpoena.

5.  Because he has waived any objection to producing the requested documents, Defendants respectfully request the Court grant this Motion to Enforce and require Caldarera to produce all documents requested in the subpoena, including, but not limited to, his notes and invoices.

6.  Pursuant to Federal Rule of Civil Procedure 37, undersigned counsel has participated in multiple phone calls and/or exchanged multiple emails regarding this discovery dispute with Caldarera's counsel.[2] However, the parties have been unable to resolve the subject discovery dispute.

7.  In further support of this Motion, Defendants submit their Memorandum in Support of Motion to Enforce Subpoena *Duces Tecum*, which is fully incorporated herein, and the following Exhibits attached to this Motion:

Ex. "A" – Caldarera Subpoena *Duces Tecum*; and

Ex. "B" – Email String Ending on September 7, 2018.

---

[2] Because Caldarera did not respond to the subpoena, but instead, months later, McDonnel's counsel responded via email on behalf of Caldarera and agreeing that Caldarera had received and would comply with the subpoena on October 20, 2018, undersigned counsel assumes McDonnel's counsel also represents Caldarera regarding the subpoena.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully request the Court grant their Motion to Enforce Subpoena *Duces Tecum* and enter an Order requiring Caldarera to produce all documents responsive to the subpoena *duces tecum*, including, but not limited to, his invoices and notes. Defendants also respectfully request the Court award them their expenses and/or attorneys' fees in having to bring this Motion, along with such other relief this Court deems just and proper under the circumstances.

Respectfully submitted this the 9th day of November, 2018.

                               **Starr Surplus Lines Insurance Company**
                               **And Lexington Insurance Company**

                               **BY:**    **/s/ Lee Ann Thigpen**
                                                   **Lee Ann Thigpen**

**OF COUNSEL:**

James L. Warren III (PHV)
Lee Ann Thigpen (LA Bar # 36953)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone:    (601) 592-1010
Facsimile:    (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com

*Attorneys for Defendants Starr Surplus Lines Insurance Co.*
*and Lexington Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Counsel is also serving an additional entity through U.S. Mail at the following address:

>J. Caldarera & Co., Inc.
>c/o Joe Caldarera
>201 Woodland Drive
>Laplace, Louisiana 70068

This the 9th day of November, 2018.

>/s/ Lee Ann Thigpen
>Lee Ann Thigpen