IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>    Defendants. | Case No. 2:18-cv-01380-JTM-JCW<br><br>Section: H        Division: 2<br><br>Judge: Jane Triche Milazzo<br><br>Magistrate Judge: Joseph C. Wilkinson |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO STRIKE EXHIBITS L AND M FROM THE JUNG, LLC'S OPPOSITION TO DEFENDANTS' FIRST MOTION FOR SUMMARY JUDGMENT

**COME NOW,** Defendants Starr Surplus Lines Insurance Company ("Starr") and Lexington Insurance Company ("Lexington") (collectively "Defendants") and file this *Ex Parte* Motion for Expedited Consideration of Defendants' Motion to Strike Exhibits L and M from The Jung, LLC's Opposition to Defendants' First Motion for Summary Judgment.

Defendants noticed their Motion to Strike [ECF No. 115] for submission on March 13, 2019, which is the next available submission date before the Court. This submission date is fourteen (14) days after submission of Defendants' First Motion for Summary Judgment [ECF No. 110], which is set to be submitted on February 27. The relief sought in Defendants' Motion to Strike directly pertains to certain exhibits attached to The Jung, LLC's ("Jung") Opposition to Defendants' First Motion for Summary Judgment [ECF No. 113], including the admissibility of same. Because the Motion to Strike seeks relief regarding filings that will be submitted to the Court on February 27, Defendants respectfully request that the Court grant this Motion and consider

Defendants' Motion to Strike before March 13, 2019, the date the Motion to Strike would otherwise be submitted.

    Respectfully submitted this the 22nd day of February, 2019.

                                   **Starr Surplus Lines Insurance Company**
                                   **And Lexington Insurance Company**

                          **BY:**    /s/ Lee Ann Thigpen
                                       **Lee Ann Thigpen**

**OF COUNSEL:**

James L. Warren III (PHV)
Lee Ann Thigpen (LA Bar # 36953)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone:   (601) 592-1010
Facsimile:   (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com

*Attorneys for Defendants Starr Surplus Lines Insurance Co.*
*and Lexington Insurance Company*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

    This the 22nd day of February, 2019.

                                            /s/ Lee Ann Thigpen
                                            Lee Ann Thigpen