UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC** | CASE NO. 2:18-cv-01380-JTM-JCW |
| **VERSUS** | SECTION: H |
| **STARR SURPLUS LINES INSURANCE COMPANY** | DIVISION: 2 |
| | JUDGE: JANE TRICHE MILAZZO |
| | MAGISTRATE JUDGE: JOSEPH C. WILKINSON |

**MEMORANDUM IN OPPOSITION TO MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO STRIKE EXHIBITS L AND M FROM THE JUNG, LLC'S OPPOSITION TO DEFENDANTS' FIRST MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

The defendants have filed, on an *ex parte* basis, a Motion to Expedite Consideration of Defendants' Motion to Strike Exhibits L and M from The Jung, LLC's Opposition to Defendants' First Motion for Summary Judgment. The Jung, LLC ("Jung") opposes this motion.

Initially, the Motion has been improperly submitted on an *ex parte* basis. Rule 7.3 of the Local Rules for the Eastern District of Louisiana only allows filing motions *ex parte* where the motion is uncontested or the rules allow submission *ex parte*. The rules do not allow for submission of the motion on an *ex parte* basis, Jung was not asked to consent to expedited consideration of the motion to strike, and Jung does not consent to expedited consideration. Because of other matters on the calendar of counsel for Jung, expedited consideration of the motion will be burdensome.

Furthermore, Jung submits that expedited consideration is not necessary. Particularly, since the defendants merely wish to ensure that the motion to strike is heard at the same time as the motion for summary judgment to which it pertains, the Court could simply change the submission date for the motion for summary judgment to March 13, which is the submission date for the motion to strike. Coincidentally, that is also the submission date for a second motion for summary judgment that defendants have filed against Jung. Instead of proceeding in an orderly manner that lessens the burden upon the parties and the Court and filing one comprehensive motion for summary judgment, the defendants have not only chosen to proceed with piecemeal motions on each basis they assert for seeking summary judgment, but now also seek to further separate the issues raised in the motion for summary judgment by filing a separate motion to strike, instead of simply requesting that relief in their reply memorandum regarding the summary judgment motion.

Accordingly, for the foregoing reasons, the Motion to Expedite Consideration of Defendants' Motion to Strike Exhibits L and M from The Jung, LLC's Opposition to Defendants' First Motion for Summary Judgment should be denied.

Respectfully submitted,

 /s/ James M. Garner_____
James M. Garner (#19589) T.A.
Peter L. Hilbert, Jr.  (#6875)
Darnell Bludworth (#18801)
Carson M. Garand (#38229)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**COUNSEL FOR THE JUNG, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the U.S. mail, properly addressed and postage prepaid, and/or by electronic mail, this 25th day of February, 2019.

 /s/ James M. Garner_____
JAMES M. GARNER