UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC** | CASE NO. 2:18-cv-01380-JTM-JCW c/w 19-2227; 19-2230 |
| **VERSUS** | SECTION: H |
| **STARR SURPLUS LINES INSURANCE COMPANY** | DIVISION: 2 |
| | JUDGE: JANE TRICHE MILAZZO |
| | MAGISTRATE JUDGE: JOSEPH C. WILKINSON **(Applies to: 18-cv-01380)** |

## SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Intervenor, The Jung, L.L.C. ("Jung"), files this Surreply Memorandum to the opposition of the Second Motion for Summary Judgment filed by Defendants Starr Surplus Line Insurance Company and Lexington Insurance Company (collectively, "Insurers") . This surreply is necessary to alert this Court of recent developments that will affect the disposition of the Insurers' Second Motion for Summary Judgment.

The Insurers' Second Motion for Summary Judgment challenges whether Jung is entitled to recover damages from the Insurers. In its Opposition to the Insurers' Second Motion for Summary Judgment, Jung asserted that it sustained delay damages arising out of the Insurers' bad faith, arbitrary, and capricious, failure to timely pay McDonnel for its covered losses under the builder's risk insurance policies in violation of Louisiana Revised Statutes §§ 22:1892 and 22:1973. In reply, The Insurers argued that Jung is not entitled to recover damages from the Insurers as a result of the Insurers' alleged bad faith because Jung did not plead that claim in its complaint in intervention.

While Jung denies that its bad faith claim against the Insurers was not sufficiently pled, out of an abundance of caution, Jung has moved for leave to amend its complaint against the Insurers to specifically plead such a claim. On March 27, 2019, Jung filed a Motion for Leave to File its First Supplemental and Amending Complaint of Intervention to assert a claim against the Insurers for damages arising out of the Insurers' bad faith, arbitrary, and capricious refusal to fully pay McDonnel's claims.[1] Jung's motion for leave is set for hearing before Magistrate Judge Wilkinson on April 17, 2019. Jung's proposed amended complaint, to the extent it is necessary to properly plead a claim for damages against the Insurers, cures the purported deficiency in Jung's intervention raised by the Insurers. Accordingly, for these reasons and those set forth in Jung's opposition memorandum, Jung respectfully requests that this Court deny the Insurers' Second Motion for Summary Judgment.

---

[1] *See* Record Doc. No. 148.

        Respectfully submitted,

        _/s/ James M. Garner_____
        James M. Garner (#19589) T.A.
        Peter L. Hilbert, Jr. (#6875)
        Darnell Bludworth (#18801)
        Kevin M. McGlone (#28145)
        **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
        909 Poydras Street, 27th Floor
        New Orleans, Louisiana 70112
        Telephone: (504) 299-2100
        Facsimile: (504) 299-2300

        **COUNSEL FOR THE JUNG, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the U.S. mail, properly addressed and postage prepaid, and/or by electronic mail, this 28th day of March, 2019.

        _/s/ James M. Garner_____
        JAMES M. GARNER