IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>   Plaintiff,<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>   Defendants. | Case No. 2:18-cv-01380-JTM-JCW<br> c/w 19-2227; 19-2230<br>(Applies to No. 18-1380)<br><br>Section: H         Division: 2<br><br>Judge: Jane Triche Milazzo<br><br>Magistrate Judge: Joseph C. Wilkinson |

## NOTICE PURSUANT TO ORDER [ECF NO. 157]

Defendants Starr Surplus Lines Insurance Company ("Starr") and Lexington Insurance Company ("Lexington") (collectively "Defendants"), by and through counsel, file this Notice Pursuant to Order [ECF No. 157] as follows:

1. On April 3, 2019, the Court entered an Order [ECF No. 157] requiring Otis Elevator Company ("Otis") to comply with the subpoena *duces tecum* served upon it by April 17, 2019.

2. The Order provided that "as a result of Otis's contemptuous conduct, Otis will be required to pay Starr and Lexington their reasonable attorney's fees and expenses incurred arising from that contemptuous conduct. To recover those amounts, however, Starr and Lexington must – no later than April 23, 2019 – file, serve Otis and all other parties, and notice for submission thereafter a motion with supporting evidence, in compliance with Local Rule 54.2, to set the dollar value of sanctions to be awarded." Order, at p. 2.

3. Defendants served a copy of the Order upon Otis on April 8, 2019. *See* Notice, ECF No. 159.

4. On April 17, 2019, counsel for Otis informed undersigned counsel that he was that day mailing responsive documents. Undersigned counsel received a flash drive containing said documents on April 22, 2019.

5. Defendants are currently processing the documents for review.

6. Assuming Otis has complied with and produced all documents responsive to the subpoena, Defendants hereby give notice that they will not seek attorneys' fees from Otis.

7. However, after processing and reviewing the aforementioned documents from Otis, if Defendants ascertain that Otis has not fully complied with the subpoena and has failed to produce all responsive documents, Defendants reserve the right to file a Motion seeking sanctions and attorneys' fees from Otis.

Respectfully submitted, this the 23rd day of April, 2019.

**Starr Surplus Lines Insurance Company and Lexington Insurance Company**

BY: /s/ Lee Ann Thigpen
Lee Ann Thigpen

**OF COUNSEL:**

James L. Warren III (PHV)
Lee Ann Thigpen (LA Bar # 36953)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200 (39201)
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone: (601) 592-1010
Facsimile: (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com

*Attorneys for Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. A copy of this filing has also been served upon Otis Elevator Company *via* U.S. Mail and e-mail to the following recipients:

>John K. Nieset, Esq.
>CHRISTOVICH & KEARNEY, LLP
>Suite 2300, Pan American Life Center
>601 Poydras Street
>New Orleans, LA 70130-6078
>jknieset@christovich.com

This the 23rd day of April, 2019.

>/s/ Lee Ann Thigpen
>Lee Ann Thigpen