# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

16-16605   Harvest Pipeline Company et al v. Great Lakes Dredge & Dock Company et al

17-2871   Express Lien Inc v. Expressliens USA, Inc. et al

17-2893   Finger, M.D. v. Jacobson, et al

18-1380 c/w 19-2227, 19-2230, 19-10462   McDonnel Group, LLC v. Starr Surplus Lines Insurance Company

18-11753   Mott v. Life Insurance Company of North America

18-13777   Broadcast Music, Inc., et al v. Reverb LLC, et al

18-14065   Taylor Energy Company LLC v. United States Department of the Interior, et al

19-9302   Louisiana Marine Operators, LLC v. JRC Marine, LLC et al

19-9558   Garcia v. Fashion Nova, Inc

19-10082   Lefoldt v. Woessner et al

19-10695   1312-1314 Antonine, LLC v. New Orleans City

19-11220   Aviles v. Life Insurance Company of North America

19-11310   Perkins v. Huntington Ingalls Industries, et al.

### CRIMINAL CASES:

19-16   USA v. Fortenberry et al

19-101   USA v. Elfer

19-124     USA v. Munoz-Aguilar

New Orleans, Louisiana, this   2nd   day of July 2019.

                                                         NANNETTE JOLIVETTE BROWN
                                                                 CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

REALLOTTED TO
SECTION T