UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE MCDONNEL GROUP, LLC | * | CIVIL ACTION NO. 18-1380, |
| | * | c/w 19-2227, 19-2230, 19-10462 |
| | * | (Applies to All Cases) |
| VERSUS | * | |
| | * | SECTION:  T |
| | * |     Judge Greg G. Guidry |
| STARR SURPLUS LINES INSURANCE | * | |
| COMPANY | * | MAGISTRATE:   1 |
| | * |     Magistrate Janis van Meerveld |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion for Extension of Time to Produce Responsive Documents;

**IT IS ORDERED** that the Motion be, and it hereby is **GRANTED**, and the deadline to produce the responsive documents, as set forth in this Court's Order dated August 14, 2019 (Doc. 255), is hereby extended fourteen (14) days, or until September 27, 2019.

New Orleans, Louisiana, this 11th day of September, 2019.

                                                                  _____
                                                                  **JANIS VAN MEERVELD**
                                                                  **UNITED STATES MAGISTRATE JUDGE**