**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC** | **CASE NO. 2:18-cv-01380-GGG-JVM** <br> **c/w 19-2227; 19-2230; 19-10462** |
| **VERSUS** | **SECTION: T** |
| **STARR SURPLUS LINES INSURANCE COMPANY** | **DIVISION: 1** |
| | **JUDGE: GREG GUIDRY** |
| | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** <br> **(Applies to: ALL CASES)** |

## JOINT MOTION TO RESET TRIAL DATE
## AND OTHER PRETRIAL DEADLINES

COME NOW, Plaintiffs, The McDonnel Group, LLC ("McDonnel"), The Jung, L.L.C. ("Jung"), Mechanical Construction Company, L.L.C. n/k/a Bernhard MCC, LLC ("BMCC"), All Star Electric, Inc. ("ASE"), and Defendants, Starr Surplus Lines Insurance Company and Lexington Insurance Company (collectively "Defendants"), who respectfully submit this Joint Motion to Reset Trial Date and Other Pretrial Deadlines and submit as follows:

1. On August 30, 2019, this Court entered an Order resetting the trial date for January 27, 2020 and a pretrial conference on January 9, 2020. *See* Record Doc. No. 279.

2. Jung and the Defendants moved this Court to continue these settings due to their counsel having other matters set for trial in other jurisdictions. *See* Record Doc. No. 280.

3. On September 9, 2019, this Court denied the motion to continue filed by Jung and the Defendants but directed the parties to confer and select a new trial date on either February 3 or 10, 2020 or March 30, 2020, or, failing an agreement by the parties, the

1

January 27, 2020 trial date would remain in place. *See* Record Doc. No. 284. The Court further directed the parties to file a joint motion to reset the trial date and all relevant pretrial deadlines no later than September 20, 2019.

4. Thereafter, on September 12, 2019, the Court's staff advised that the following dates were also available for trial: March 2, 9, 16, or 23, 2020.

5. Counsel for McDonnel, Defendants, Jung, BMCC, and All Star have all conferred and agreed that they are available for a jury trial in this matter on **March 9, 2020**.

6. Therefore, in accordance with this Court's September 9, 2019 Order, the parties respectfully request that this Court enter an order continuing the January 27, 2020 jury trial and resetting said jury trial for **March 9, 2020.**

7. The parties further request that the Court also set the following agreed-upon pretrial deadlines:

| | |
|---|---|
| **Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs** | **November 1, 2019** |
| **Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants** | **December 3, 2019** |
| **A list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial** | **December 6, 2019** |
| **Depositions for trial use shall be taken and all discovery completed** | **December 31, 2019** |
| **Filing of non-evidentiary pretrial motions, including motions *in limine* regarding the qualifications of expert witnesses** | **February 4, 2020 (for submission to the Court on February 19, 2020)** |
| **Filing of all other motions *in limine*** | **February 18, 2020 (for submission to the Court on March 4, 2020)** |

8. Counsel for all parties have confirmed no objection to the March 9, 2020 trial date or the deadlines set forth in this motion. In addition, counsel for McDonnel has also requested a deadline to provide a rebuttal expert report. Counsel are continuing to confer regarding this request, but the parties agree that the deadlines set forth herein should be set at this time, reserving all rights to McDonnel to seek leave of Court for a deadline to produce a rebuttal expert report.

9. Pursuant to the Court's September 9, 2019 Order, the parties further request that the Court set a pretrial conference on **February 19, 2020 at 2:30 p.m. Counsel will be prepared in accordance with the final Pretrial Notice attached hereto as Exhibit 1. Notwithstanding the attached Pretrial Notice, pretrial orders are to be filed electronically by 4:30 p.m. on a day that allows one full work day prior to the conference, excluding Saturdays, Sundays and holidays (i.e., if the conference is set for 10:00 a.m. Friday, it must be filed electronically by 4:30 p.m. Wednesday. If the conference is set on Monday, the pre-trial order must be filed electronically on Thursday by 4:30 p.m.). THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL.**

10. The parties also agree that they will contact United States Magistrate Judge van Meerveld to schedule a settlement conference **no less than 30 days before trial**.

For the foregoing reasons, McDonnel, Jung, BMCC, and All Star respectfully request that this Court grant this Motion to Reset Trial and Other Pretrial Deadlines and enter an Order resetting the trial for March 9, 2020 and establish other pretrial deadlines as set forth herein and in the attached Pretrial Notice.

RESPECTFULLY SUBMITTED:


/s/ Geoffrey Ormsby
Randall A. Smith, T.A. (No. 2117)
J. Geoffrey Ormsby (No. 24183)
Dylan T. Leach (No. 35879)
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205
gormsby@smithfawer.com
dleach@smithfawer.com
**ATTORNEYS FOR THE MCDONNEL GROUP, LLC**

**AND**

/s/ James M. Garner
James M. Garner (#19589) T.A.
Peter L. Hilbert, Jr. (#6875)
Darnell Bludworth (#18801)
Kevin M. McGlone (#28145)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR THE JUNG, L.L.C.**

**AND**

/s/ Michael R. C. Riess
Michael R. C. Riess
Michael D. Lane
**RIESS LEMIEUX, LLC**
1100 Poydras Street, Suite 1100
New Orleans, LA 70163
mriess@rllaw.com
mlane@rllaw.com
**ATTORNEYS FOR MECHANICAL CONSTRUCTION COMPANY, L.L.L. N/K/A BERNHARD MCC, L.L.C.**

**AND**

/s/ Jarred P. Bradley
Jarred P. Bradley
**THE BRADLEY LAW FIRM, P.L.L.C**
3421 N. Causeway Blvd. Suite 105
Metairie, LA 70002
jarred@thebradleylawfirm.com
**ATTORNEY FOR ALL STAR ELECTRIC, INC.**

**AND**

/s/ Lee Ann Thigpen
James L. Warren III (PHV)
Lee Ann Thigpen (No. 36953)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone:     (601) 592-1010
Facsimile:     (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com
**COUNSEL FOR DEFENDANTS STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the U.S. mail, properly addressed and postage prepaid, and/or by electronic mail, this 20th day of September, 2019.

/s/ James M. Garner
JAMES M. GARNER

5