UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC** | **CASE NO. 2:18-cv-01380-GGG-JVM**<br>**c/w 19-2227; 19-2230; 19-10462** |
| **VERSUS** | **SECTION: T** |
| **STARR SURPLUS LINES INSURANCE COMPANY** | **DIVISION: 1** |
| | **JUDGE: GREG GUIDRY** |
| | **MAGISTRATE JUDGE: JANIS VAN MEERVELD**<br>**(Applies to: ALL CASES)** |

**ORDER**

Considering the foregoing Joint Motion Plaintiffs, The McDonnel Group, LLC, The Jung, L.L.C., Mechanical Construction Company, L.L.C. n/k/a Bernhard MCC, LLC, All Star Electric, Inc., and Defendants, Starr Surplus Lines Insurance Company and Lexington Insurance Company to Reset Trial Date and Pretrial Deadlines,

**IT IS HEREBY ORDERED** that said motion is hereby **GRANTED**.

1. **IT IS FURTHER ORDERED** that the jury trial scheduled for January 27, 2020 is hereby continued and shall be reset for **March 9, 2020**.

2. **IT IS FURTHER ORDERED** that the following pretrial deadlines are hereby set:

| | |
|---|---|
| Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs | **November 1, 2019** |
| Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants | **December 3, 2019** |
| A list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial | **December 6, 2019** |

| Depositions for trial use shall be taken and all discovery completed | **December 31, 2019** |
|---|---|
| Filing of non-evidentiary pretrial motions, including motions *in limine* regarding the qualifications of expert witnesses | **February 4, 2020 (for submission to the Court on February 19, 2020)** |
| Filing of all other motions *in limine* | **February 18, 2020 (for submission to the Court on March 4, 2020)** |

3. **IT IS FURTHER ORDERED** that a final pretrial conference previously set for January 9, 2020 is hereby **CONTINUED** and shall be reset for **February 20, 2020 at 2:30 p.m.** **Counsel will be prepared in accordance with the final Pretrial Notice attached hereto as Exhibit 1.  Notwithstanding the attached Pretrial Notice, pretrial orders are to be filed electronically by 4:30 p.m. on a day that allows one full work day prior to the conference, excluding Saturdays, Sundays and holidays (i.e., if the conference is set for 10:00 a.m. Friday, it must be filed electronically by 4:30 p.m. Wednesday.  If the conference is set on Monday, the pre-trial order must be filed electronically on Thursday by 4:30 p.m.).  THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL.**

4. **IT IS FURTHER ORDERED** that the parties shall contact the Chambers of United States Magistrate Judge van Meerveld to schedule a settlement conference **on or about 30 days prior to the March 9, 2020 trial date**.

New Orleans, Louisiana this _____ day of September, 2019

_____
UNITED STATES DISTRICT JUDGE