IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>      Plaintiff,<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>      Defendants. | Case No. 2:18-cv-01380-GGG-JVM<br> c/w 19-2227; 19-2230; 19-10462<br>**(Applies to 2:18-cv-01380)**<br><br>Section: T          Division: 1<br><br>Judge: Greg G. Guidry<br><br>Magistrate Judge: Janis van Meerveld |

## DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO MCDONNEL'S SECOND AMENDED COMPLAINT

**COME NOW**, Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company (collectively "Defendants"), and move this Court for leave to file the accompanying Amended Answers and Affirmative Defenses to The McDonnel Group, LLC's ("McDonnel") Second Amended and Restated Complaint for Damages ("Second Amended Complaint").

As set forth herein and in their accompanying Supporting Memorandum, Defendants have demonstrated good cause pursuant to Federal Rule of Civil Procedure 16(b) to file their Amended Answers and Affirmative Defenses past the deadline set forth in the Court's Scheduling Order. Moreover, Defendants should be granted leave to file their Amended Answers pursuant to the liberal standard set forth in Rule 15(a).

Pursuant to LR 7.6, Defendants have conferred with opposing counsel for McDonnel in an attempt to obtain consent for the filing and granting of this Motion for Leave to file Amended Answers, and McDonnel opposes the Motion.

**WHEREFORE**, Defendants pray that this Court will grant them leave to file the accompanying Amended Answers and Affirmative Defenses to McDonnel's Second Amended Complaint, attached hereto as Exhibits A and B.

Respectfully submitted this the 31st day of December, 2019.

        **Starr Surplus Lines Insurance Company and Lexington Insurance Company**

        BY:   */s/ Lee Ann Thigpen*
                  **Lee Ann Thigpen**

**OF COUNSEL:**

James L. Warren III (PHV)
Lee Ann Thigpen (LA Bar # 36953)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200 (39201)
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone:   (601) 592-1010
Facsimile:    (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com

Michael G. Bagneris, Esq. (Bar# 2658)
**DAVILLIER LAW GROUP, LLC**
935 Gravier Street, Suite 1702
New Orleans, Louisiana 70112
Telephone: (504) 582-6998
Facsimile:  (504) 582-6985
mbagneris@davillierlawgroup.com

*Attorneys for Defendants Starr Surplus Lines Insurance Co. and Lexington Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

This the 31st day of December, 2019.

*/s/ Lee Ann Thigpen*
**Lee Ann Thigpen**