UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE MCDONNEL GROUP, LLC<br><br>VERSUS<br><br>STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY | CIVIL ACTION NO.  2:18-CV-01380<br>c/w 19-2227; 19-2230; 19-10462<br><br>SECTION: "T" (1)<br>(Applies to 19-2227)<br><br>JUDGE GREG G. GUIDRY<br><br>MAG. JUDGE JANIS VAN MEERVELD |

**MOTION TO SET ASIDE MAGISTRATE ORDER
AND OBJECTIONS THERETO**

Bernhard MCC, L.L.C. ("BMCC"), respectfully objects to the Magistrate Judge's Order and Reasons granting Insurers' (Starr Surplus Lines Insurance Company ("Starr") and Lexington Insurance Company ("Lexington") (collectively, "Insurers")) Motions for Leave to File Amended Answers to BMCC's Amended Complaint, which Order is Rec. Doc. 441.  For the reasons specified in the accompanying memorandum in support of this motion, BMCC requests that the Court set aside the Magistrate's Order appearing in the Record as Doc. 441.

Respectfully submitted:

**RIESS LEMIEUX, LLC**

By:  */s/Michael R. C. Riess*
Michael R. C. Riess (#2073)
Michael D. Lane (#30364)
John W. Bihm (#33012)
1100 Poydras Street, Suite 1100
New Orleans, Louisiana 70163
Telephone:  (504) 581-3300
Facsimile:  (504) 581-3310
E-mail:  mriess@rllaw.com
E-mail:  mlane@rllaw.com
E-mail:  jbihm@rllaw.com

*Attorneys for Plaintiff,
Mechanical Construction Company, L.L.C.
n/k/a Bernhard MCC, L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record on this 31st day of January, 2020.  I also certify that the filing will be served upon defendants in accordance with the Federal Rules of Civil Procedure.

*/s/Michael R. C. Riess*