UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE MCDONNEL GROUP, LLC | CIVIL ACTION NO: 18-1380 c/w 19-2230; 19-10462 |
| VERSUS | (Applies to All Cases) |
| STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY | SECTION: T (1) |

## ORDER

The Court has before it Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company's (collectively "Defendants") Motion in Limine, R. Doc. 906. Defendants move this Court to exclude the testimony of former Intervenor Plaintiff The Jung, LLC's ("Jung") designated expert, Peter J. Hildebrand, from use at trial.

Jung has been dismissed from this action, R. Doc. 990, and no remaining plaintiff has identified Hildebrand as an expert pursuant to Fed. R. Civ. P. 26(a)(2). Accordingly;

Defendants' Motion, R. Doc. 906, is **DENIED AS MOOT** without prejudice to any party's right to reraise this issue if necessary.

New Orleans, Louisiana, this 19th day of September, 2023.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**