UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE MCDONNEL GROUP, LLC | CASE NO. 2:18-cv-01380-GGG-JVM c/w 19-2227; 19-2230; 19-10462 |
| VERSUS | SECTION: T |
| STARR SURPLUS LINES INSURANCE COMPANY | DIVISION: 1 |
| | JUDGE: GREG G. GUIDRY |
| | MAGISTRATE JUDGE: JANIS VAN MEERVELD (Applies to: ALL CASES) |

## ORDER AND REASONS

The Court has before it Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company's (collectively "Defendants") Motion for partial Reconsideration, R. Doc. 999, of a previous Order of this Court, R. Doc. 985. Defendants ask this Court to reconsider that Order to the extent that the Court previously denied Defendant's Motion for Partial Summary Judgment as to Plaintiffs' bad faith claims in connection with the August 5, 2017 flood event (the "Event"), R. Doc. 745. At that time, the Court denied summary judgment as to those claims because a key issue had yet to be determined—the correct amount of the policy deductible applicable to Plaintiffs' insurance claims regarding the Event. R. Doc. 985 at 9–10. Defendants now move the Court to reconsider that denial, pointing out that this Court has now granted summary judgment in Defendants' favor on the amount of the deductible. *See* R. Doc. 988 at 13–14. Plaintiffs acknowledge that, with the issue of the deductible resolved, summary judgment may now be entered on their bad faith claims in connection with the Event and do not oppose Defendants' Motion for partial Reconsideration. Accordingly;

**IT IS ORDERED** that Defendants' Motion for partial Reconsideration, R. Doc. 999, is

1

**GRANTED**.

**IT IS FURTHER ORDERED** that this Court's previous Order, R. Doc. 985, is **PARTIALLY WITHDRAWN** only to the extent that that Order denied Defendants' Motion for partial Summary Judgment as to Plaintiffs' bad faith claims in connection with the August 5, 2017 flood event, R. Doc. 745, and that summary judgment is hereby **GRANTED** to Defendants' on those claims.

**IT IS FURTHER ORDERED** that this Order shall serve as a final judgment as to those claims pursuant to Federal Rule of Civil Procedure 54(b) and shall therefore be immediately appealable.

**IT IS FURTHER ORDERED** that all further proceedings in the above-captioned matter, including all consolidated cases, shall be **STAYED** and **ADMINISTRATIVELY CLOSED** pending Plaintiffs' forthcoming appeal of this Order. Any party may move to reopen this case within thirty days of the conclusion of that appeal or, if no appeal is timely filed, after the expiration of Plaintiffs' time to appeal this Order.

New Orleans, Louisiana, this 19th day of October, 2023.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE