Case 2:18-cv-03073-GGG    Document 104    Filed 02/25/21    Page 1 of 3

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 29, 2025
Lyle W. Cayce
Clerk

No. 23-30824

McDonnel Group, L.L.C.; All Star Electric, Incorporated; Jung, L.L.C.,

*Plaintiffs—Appellants,*

versus

Starr Surplus Lines Insurance Company; Lexington Insurance Company,

*Defendants—Appellees,*

_____

All Star Electric, Incorporated; McDonnel Group, L.L.C.; Jung, L.L.C.,

*Plaintiffs—Appellants,*

versus

Lexington Insurance Company; Starr Surplus Lines Insurance Company,

*Defendants—Appellees,*

No. 23-30824

_____

Jung, L.L.C.,

                                                       *Plaintiff—Appellant*,

versus

Starr Surplus Lines Insurance Company; Lexington Insurance Company,

                                                       *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-1380
USDC No. 2:19-CV-2230
USDC No. 2:19-CV-10462

_____

Before Southwick, Haynes, and Douglas, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants' pay to appellees' the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying

a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Feb 21, 2025

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**