IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>   **Plaintiff,**<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>   **Defendants.** | Case No. 2:18-cv-01380-GGG-JVM<br> c/w 19-2227; 19-2230; 19-10462<br>**(Applies to all cases)**<br><br>Section: T   Division: 1<br><br>Judge: Greg G. Guidry<br><br>Magistrate Judge: Janis van Meerveld |

**DEFENDANTS STARR SURPLUS LINES INSURANCE COMPANY'S AND LEXINGTON INSURANCE COMPANY'S CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO F.R.C.P 54(B) REGARDING DOC. NO. 990**

**COME NOW,** Defendants Starr Surplus Lines Insurance Company ("Starr") and Lexington Insurance Company ("Lexington") (collectively "Defendants") who file this Consent Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) Regarding Doc. No. 990.

On September 27, 2022, Defendants filed their Motion for Summary Judgment on Plaintiff The Jung, L.L.C.'s ("Jung") Amended Complaint. *See* Doc. No. 821. Jung had previously filed a competing motion for partial summary judgment. *See* Doc. No. 759. On September 19, 2023, the Court entered an Order denying Jung's motion and granting Defendants' motion. *See* Doc. No. 990. Specifically, the Court found that "there are no genuine disputes of material fact . . ., and Defendants are entitled to summary judgment in their favor on all of Jung's claims as a matter of law." *See id.* at 11-12.

Because the Court's September 19, 2023 Order disposes of all claims brought by Jung against Defendants in this action, Defendants respectfully request that the Court find that "there is no just reason for delay" and enter a final judgment on Jung's claims pursuant to Federal Rule of Civil Procedure 54(b). Defendants have conferred with counsel for Jung, and Jung consents to the entry of a final judgment on the September 19, 2023 Order [Doc. No. 990].

Respectfully submitted this 12th day of June, 2025.

**Starr Surplus Lines Insurance Company
and Lexington Insurance Company**

BY:   **/s/ Lee Ann Thigpen**
      **Lee Ann Thigpen**

**OF COUNSEL:**

Lee Ann Thigpen (LA Bar # 36953)
James W. Gunn III (PHV)
**ROBINS KAPLAN LLP**
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
Telephone:    (612) 349-8500
Facsimile:    (612) 339-4181
lthigpen@robinskaplan.com
tgunn@robinskaplan.com

*Attorneys for Defendants Starr
Surplus Lines Insurance Co. and
Lexington Insurance Co.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

This the 12th day of June, 2025.

/s/ Lee Ann Thigpen
Lee Ann Thigpen
