# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>Defendants. | Case No. 2:18-cv-01380-GGG-JVM<br> c/w 19-2227; 19-2230; 19-10462<br>**(Applies to all cases)**<br><br>Section: T         Division: 1<br><br>Judge: Greg G. Guidry<br><br>Magistrate Judge: Janis van Meerveld |

## ORDER

Considering the Consent Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) filed by Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company; R. Doc. 1022,

**IT IS ORDERED** that there be judgment in favor of Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company and against Plaintiff, The Jung, L.L.C. R. Doc. 990 is a final judgment on Jung's claims against Defendants pursuant to Rule 54(b).

New Orleans, Louisiana this 23rd day of June 2025.

**GREG GERARD GUIDY**
**UNITED STATES DISTRICT JUDGE**