IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE MCDONNEL GROUP, LLC**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**STARR SURPLUS LINES INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY**<br><br>　　　　Defendants. | Case No. 2:18-cv-01380-GGG-JVM<br>c/w 19-2227; 19-2230; 19-10462<br>**(Applies to all cases)**<br><br>Section: T　　　Division: 1<br><br>Judge: Greg G. Guidry<br><br>Magistrate Judge: Janis van Meerveld |

## ORDER

Considering the Consent Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) filed by Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company; R. Doc. 1021,

**IT IS ORDERED** that there be judgment in favor of Defendants Starr Surplus Lines Insurance Company and Lexington Insurance Company and against Plaintiff All Star Electric, Inc. R. Doc. 995, is a final judgment on Plaintiff All Star Electric, Inc.'s claims against Defendants under Rule 54(b) but only to the extent it pertains to and resolves all claims brought by Plaintiff All Star Electric, Inc. Final judgment is not entered on R. Doc. 995 to the extent it granted partial summary judgment on multiple Plaintiffs' delay-related extended general conditions claims.

New Orleans, Louisiana this 23rd day of June 2025.

　　　　　　　　　　　　　　　　　　　**GREG GERARD GUIDRY**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**